1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   E. JEFFREY GRUBE (Cal. State Bar No. 167324)
2  RISHI N. SHARMA (Cal. State Bar No. 239034)
   RYAN C. HESS (Cal. State Bar No. 263079)
3  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
4  Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
5  jeffgrube@paulhastings.com
   rishisharma@paulhastings.com
6  ryanhess@paulhastings.com

7  Attorneys for Defendant
   UNITED PARCEL SERVICE, INC.
8

9  MARK C. PETERS (Cal. State Bar No. 160611)
   DUCKWORTH • PETERS • LEBOWITZ LLP
10 235 Montgomery Street, Suite 1010
   San Francisco, California  94104
11 Telephone: (415) 433-0333
   Facsimile:  (415) 449-6556
12 mark@dplsf.com

13 JOHN A. FURUTANI (Cal. State Bar No. 161757)
   FURUTANI & PETERS LLP
14 350 West Colorado Boulevard, Suite 200
   Pasadena, California  91105
15 Telephone: (626) 844-2437
   Facsimile:  (626) 844-2442
16 JAFurutani@furutani-peters.com

17 Attorneys for Plaintiff
   KEITH RHINEHART
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21

22
   KEITH RHINEHART,                          No. C-09-0741 SI
23
                   Plaintiff,
24                                           **STIPULATION AND [PROPOSED] ORDER**
           vs.                               **TO CONTINUE MEDIATION DEADLINE**
25
   UNITED PARCEL SERVICE, INC., and
26 DOES 1 through 25, inclusive,

27                 Defendants.

28

1

**STIPULATION**

2      1.      On May 6, 2009, following the initial case management conference, the Court ordered the

3    parties to complete mediation with 150 days, or October 5, 2009.

4      2.      The parties have participated in several telephone conferences with the Court's ADR staff

5    and the court-appointed mediator.  During these conversations, it has been difficult to schedule the

6    mediation given the parties' conflicting trial schedules and the pendency of 53 other individual wage-

7    and-hour lawsuits against United Parcel Service, Inc. alleging the same causes of action Plaintiff alleges

8    in this action.  The parties believe that until further cases proceed to trial, they will be unable to mediate

9    a compromised valuation of Plaintiff's claim.

10      3.      In addition, scheduling is made more difficult by the pendency of *Lopez v. United Parcel*

11    *Service, Inc.*, No. C-08-5396 SI, and *Kline v. United Parcel Service, Inc.*, No. C-09-0742 SI, which are

12    both before this Court, involve the same parties and legal claims, and have the same deadline to

13    complete mediation.

14      4.      Based on their trial schedules, the progress of discovery, and the desire to mediate this

15    case in conjunction with its related cases, the parties agree to continue the deadline to complete

16    mediation to December 31, 2009, and ask the Court adopt the parties' stipulation.

17    Dated:  September 3, 2009.          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                         E. JEFFREY GRUBE
18                                       RISHI N. SHARMA
                                         RYAN C. HESS
19

20
                                         By: /s/ Rishi N. Sharma
21                                              Rishi N. Sharma
                                              Attorneys for Defendant
22                                         UNITED PARCEL SERVICE, INC.

23    DATED:  September 3, 2009.          DUCKWORTH • PETERS • LEBOWITZ LLP
                                         FURUTANI & PETERS LLP
24

25
                                         By: /s/ Mark C. Peters
26                                              MARK C. PETERS
                                              Attorneys for Plaintiff
27                                              KEITH RHINEHART

28

STIPULATION AND [PROPOSED] ORDER
                                                         TO CONTINUE MEDIATION DEADLINE

**[PROPOSED] ORDER**

Good causing appearing, the Court adopts the parties' stipulation as the order of the Court.  The deadline to complete mediation is extended from October 5, 2009, to December 31, 2009.

IT IS SO ORDERED.

Dated: September __, 2009.

_____
Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MEDIATION DEADLINE